IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REALTIME ADAPTIVE STREAMING LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1693 (VAC) (MPT) |
| SONY ELECTRONICS INC. and SONY CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL OF SONY CORPORATION

WHEREAS Defendant Sony Corporation (a) does not make, use, sell or offer to sell any of the accused products in the United States or import them into the United States; and (b) would not use the fact of its dismissal from this action as a basis to refrain from producing relevant documents in its possession or as a basis to object to producing a relevant deposition witness in Japan (but it otherwise reserves any other objections under the Federal Rules of Civil Procedure and the rules of this Court);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that plaintiff's claims against Sony Corporation are dismissed without prejudice; and

The case caption for this action shall be amended to read as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REALTIME ADAPTIVE STREAMING LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1693 (VAC) (MPT) |
| SONY ELECTRONICS INC., | ) ) ) | |
| Defendant. | ) | |

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Stephen B. Brauerman (#4952)<br>Sara E. Bussiere (#5725)<br>600 North King Street<br>Suite 400<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of December 2017.

_____
                                                            M. J.